IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LATAVIOUS JOHNSON                                                    PETITIONER

v.                                 No. 4:21-cv-22-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                      RESPONDENT

### ORDER

Johnson's motion to file an amended *habeas* petition, *Doc. 15*, is partly granted as modified for good cause and partly denied. In light of COVID-19 pandemic restrictions, Johnson may move to amend his *habeas* petition by 19 November 2021. FED. R. CIV. P. 7(b); LOCAL RULE 5.5(e). He must, of course, submit his proposed amended petition for consideration with his motion. This case is stayed and administratively terminated.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 June 2021