# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LATAVIOUS JOHNSON**                                   **PETITIONER**

v.                                   **No. 4:21-cv-22-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                     **RESPONDENT**

## ORDER

The stay is lifted and the case returned to the active docket. Johnson's motion for more time to propose an amended petition, *Doc. 19*, is granted as modified.  The virus circumstances seem to be evening out, but we will be living with virus-related challenges for the foreseeable future.  This case cannot stay on hold until everything is back to normal.  Johnson and his lawyer, therefore, must do the best they can.  Motion and proposed amended petition due by 29 January 2022.  The Court requests respondent's lawyer to contact the ADC, explore whether special arrangements can be made for better communication between Johnson and his lawyer and any needed in-person medical exam, and report to the Court by 17 December 2021. Meanwhile, Johnson's lawyer must press on, working toward the motion deadline, which will not be extended again, absent truly extraordinary circumstances.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2021