# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LATAVIOUS JOHNSON**  PETITIONER

v.  No. 4:21-cv-22-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

## ORDER

Unopposed motion to amend, *Doc. 23*, granted. Fed. R. Civ. P. 15(a)(2). The Court directs the Clerk to file the proposed amended petition, attached to the motion as *Doc. 23-1*, as Amended Petition for Writ of Habeas Corpus. Payne must answer, move, or otherwise respond to the petition within sixty days. Johnson should reply within sixty days after Payne pleads.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2022