# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LATAVIOUS JOHNSON**                                                    **PETITIONER**

v.                              No. 4:21-cv-22-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

## ORDER

Payne electronically filed an exhibit with his response to the *habeas* petition. *Doc. 12.* Because the exhibit is voluminous, the Court would appreciate a courtesy paper copy. The Court directs Payne to submit it to chambers by 4 August 2023.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>21 July 2023</u>