IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LATAVIOUS JOHNSON                                              PETITIONER

v.                            No. 4:21-cv-22-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                RESPONDENT

## JUDGMENT

Johnson's petition for a writ of *habeas corpus* is dismissed with prejudice. The Court has issued a certificate of appealability, 28 U.S.C. § 2253(c) on one issue. *Doc. 70 at 74.*

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 March 2025