## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LATAVIOUS JOHNSON**                                        **PETITIONER**

v.                                    **No. 4:21-cv-22-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                          **RESPONDENT**

### ORDER

Joint report with suggestion of death, *Doc. 81*, appreciated. The Court directs Johnson's lawyers to file a death certificate in due course. Johnson's motion to alter the Judgment, *Doc. 73*, is denied as moot. *Hann v. Hawk*, 205 F.2d 839, 840 (8th Cir. 1953) (*per curiam*). The embedded joint motion to dismiss is granted. And the case is dismissed as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
30 June 2025